# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 2:18-CV-05148-JMA-GRB

Date Filed: 9/25/2018

Plaintiff:
**Secure Cam, LLC, a Wyoming limited liability company**

vs.

Defendant:
**Imagestore US Inc. a New York corporation**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Imagestore US Inc.**.

I, James Boland, being duly sworn, depose and say that on the **4th day of October, 2018** at **2:25 pm**, I:

Served Imagestore US Inc. by delivering two true copies of the **Summons in a Civil Action, Complaint for Patent Infringement with Exhibits and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of the Secretary of State of the the New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the Secretary of State of the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 59,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 150,  Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 5th day of October, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

Our Job Serial Number: 2018002787

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x