**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SECURE CAM, LLC,

                          Plaintiff,                **CLERK'S CERTIFICATE**
                                                        **OF DEFAULT**
    - against -                           CV 18-5148 (JMA) (GRB)

IMAGESTORE US INC.,

                          Defendant.
---------------------------------------------------------------X


       **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern

District of New York, do hereby certify that defendant IMAGESTORE US INC., has not filed an

answer or otherwise moved with respect to the complaint, and that the time to answer or move

has expired.

       The default of defendant IMAGESTORE US INC., is hereby noted pursuant to Rule

55(a) of the Federal Rules of Civil Procedure.


Dated: Central Islip, New York
       January 30, 2019

                                         DOUGLAS C. PALMER
                                         CLERK OF THE COURT

                             BY:    /S/ JAMES J. TORITTO
                                          DEPUTY CLERK